| | | |
|---|---|---|
| CAAP–11–00 00158 | Tuivailala v. State | Affirmed |
| 29491 | Williams v. Henderson | Affirmed |